ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendants Hayman, Cevasco, Farrell, and Hauck

By:  Keith S. Massey, Jr.
     Deputy Attorney General
     (609) 292-8550
     keith.massey@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| AL-WAHID ALI, | : | HON. FAITH S. HOCHBERG, U.S.D.J. |
| Plaintiff, | : | Civil Action No. ~~07-4834~~ 08-2425 (FSH) |
| v. | : | ORDER |
| DEPARTMENT OF CORRECTIONS, et al. | : | |
| Defendants. | : | |

This matter having come before the Court on a motion of Anne Milgram, Attorney General of New Jersey, by Keith S. Massey, Jr., Deputy Attorney General, appearing on behalf of defendants Hayman, Cevasco, Farrell, and Hauck, pursuant to Fed. R. Civ. P. 6(b)(1)(b) and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for good cause shown;

IT IS on this 20th day of July, 2009;

ORDERED that defendants are hereby granted leave to answer, move or otherwise reply within 45 days from the date of this order.

_____
Hon. ~~Patty Shwartz~~, ~~U.S.M.J.~~
Faith S. Hochberg, U.S.D.J.